UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDDIE LEON DONAHOO,

    Petitioner,                                     Case Number 2:22-CV-11019
                                                    HONORABLE SEAN F. COX

v.

JAMES CORRIGAN,

    Respondent.
_____/

**ORDER ACKNOWLEDGING PETITIONER'S COMPLIANCE WITH THE OPINION AND ORDER STAYING THE PETITION FOR A WRIT OF HABEAS CORPUS (*See* ECF No. 28)**

Eddie Leon Donahoo, ("Petitioner"), filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 5, 2024, this Court's predecessor held the case in abeyance and administratively closed the case so that Petitioner could return to the state courts to exhaust some of the claims in his petition. Petitioner was given sixty (60) days to file his post-conviction motion for relief from judgment in the state court. *Donahoo v. Corrigan*, No. 2:22-CV-11019, 2024 WL 948293 (E.D. Mich. Mar. 5, 2024). (ECF No. 23.)

Petitioner subsequently sent a letter to the Court, indicating that he never received a copy of Respondent's answer or any other orders from the Court. (ECF No. 25.) Petitioner's allegation was confirmed by the fact that the docket sheet indicates that a copy of the opinion and order holding the petition in abeyance was returned as undeliverable to the Court. (ECF No. 24.)

This Court vacated the opinion and order from March 5, 2024, and reissued the opinion and order holding the petition as the March 5, 2025. Petitioner was granted a sixty (60) day extension of time to file his motion for relief from judgment with the state trial court. Petitioner was ordered to notify this Court when he filed his motion for relief from judgment in the state

1

courts, at which time the case would then be held in abeyance pending Petitioner's exhaustion of the claims. *Donahoo v. Corrigan*, No. 2:22-CV-11019, 2025 WL 715339 (E.D. Mich. Mar. 5, 2025). (ECF No. 26.)

Petitioner has filed with this Court a copy of the motion for relief from judgment that he filed with the state court, indicating that he has complied with the terms of the stay order by timely filing his post-conviction motion with the state court. (ECF No. 28). This Court acknowledges Petitioner's compliance with the stay order and will continue the stay.

If Petitioner does not obtain relief in the state courts, Petitioner shall file a motion to lift the stay using the same caption and case number within **sixty (60) days** after the conclusion of the state court post-conviction proceedings.

**SO ORDERED**.

Dated: May 13, 2025          s/Sean F. Cox
                                                 Sean F. Cox
                                                 United States District Judge